■ In the Matter of JOHN H. KAVANA, JR., Appellant, v. EDMUND P. RIELY et al., Respondents.— No opinion. Rabin, P. J., Hopkins, Munder, Latham and Gulotta, JJ., concur.

■ In the Matter of LEON SIWEK, Appellant, v. WILLIAM J. VAN WART et al., Constituting the Board of Elections of Westchester County, et al., Respondents.— No opinion. Leave to appeal to the Court of Appeals granted. Rabin, P. J., Hopkins, Munder, Latham and Gulotta, JJ., concur.

■ In the Matter of GORDON W. LeMAY et al., Respondents, v. MAURICE J. O'ROURKE et al., Constituting the Board of Elections of the City of New York, Appellants.— No opinion. Rabin, P. J., Hopkins, Munder, Latham and Gulotta, JJ., concur.